UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE BAVARIAN, A CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:25-cv-00493-JHC<br><br>STIPULATION AND MOTION TO STAY ACTION & ORDER<br><br>NOTE ON MOTION CALENDAR: AUGUST 13, 2025 |

Plaintiff The Bavarian, a Condominium ("Plaintiff") brings this action for declaratory judgment, bad faith, and violations of the Consumer Protection Act relating to claims under property insurance policies for alleged damage to exterior components of condominium buildings comprising the Bavarian Condominiums. Defendant Country Mutual Insurance Company ("Country") has not completed evaluation and determination of coverage for plaintiff's property damage claim. However, Plaintiff filed this suit in order to comply with the terms of the insurance policy at issue in this case. Country was served with process on May 23, 2025. The parties jointly acknowledge it is best for Country to complete its coverage evaluation before litigation proceeds.

The parties therefore stipulate that this action should be stayed through February 12, 2026. The pending deadlines in the court's Minute Order granting the parties' request for an extension of initial scheduling dates (Dkt. #8) should be extended. The parties stipulate that the deadline to hold

STIPULATION AND MOTION TO STAY ACTION
& ORDER - 1

1 the FRCP 26(f) Conference shall be no later than 14 days after the stay ends. The parties also
2 stipulate that Initial Disclosures Pursuant to FRCP 26(a)(1) shall be served no later than 21 days
3 after the stay ends, and the Combined Joint Status Report and Discovery Plan shall be filed no later
4 than 28 days after the stay ends.

5       DATED this 13th day of August, 2025.

REED McCLURE

By: /s/ *Michael S. Rogers*
    Michael S. Rogers, WSBA #16423
    Attorney for Defendant COUNTRY Mutual Insurance Company
    1215 Fourth Avenue, Suite 1700
    Seattle, WA  98161-1087
    (206) 292-4900
    mrogers@rmlaw.com

STEIN, SUDWEEKS & STEIN, PLLC

By: /s/ *Daniel J. Stein*
    Daniel J. Stein, WSBA #48739
    Attorneys for Plaintiff The Bavarian, A Condominium
    16400 Southcenter Pkwy, Suite 410
    Tukwila, WA 98188
    (206) 388-0660
    jstein@condodefects.com
    justin@condodefects.com
    dstein@condodefects.com
    sandra@condodefects.com
    **Attorneys for Plaintiff**

**ORDER**

IT IS SO ORDERED.

DONE this 13th day of August, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE