**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| THE BAVARIAN, A CONDOMINIUM, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:25-cv-00493-JHC<br><br>STIPULATION MOTION AND ORDER TO EXTEND STAY<br><br>**NOTE ON MOTION CALENDAR:**<br>**FEBRUARY 11, 2026** |

Plaintiff THE BAVARIAN CONDOMINIUM ("Plaintiff") brings this action for declaratory judgment, bad faith, and violation of the Consumer Protection Act relating to claims under property insurance policies for alleged damage to exterior components of condominium buildings. Defendant COUNTRY MUTUAL INSURANCE COMPANY ("Country") has not completed their evaluation and determination of coverage for plaintiff's property damage claim. However, plaintiff filed this suit in order to comply with the terms of the Country policy at issue in this case. Country was served with process on May 23, 2025. The parties jointly acknowledge it is best for Country to complete their coverage evaluation before litigation proceeds.

//

STIPULATED MOTION AND ORDER TO EXTEND STAY – 1

NO.: 2:25-cv-00493-JHC

The parties therefore stipulate that this action should be stayed through May 15, 2026. Country may amend its answer to the complaint up to 40 days after the stay ends. The Association may amend its complaint up to 40 days after the stay ends. The pending deadlines in the court's Order Extending Initial Disclosures, Joint Status Report and Discovery Plan (Dkt. #14) should be extended. The parties stipulate that Initial Disclosures Pursuant to FRCP 26(a)(1) shall be served no later than 21 days after the stay ends, and the Combined Joint Status Report and Discovery Plan shall be filed no later than 28 days after the stay ends.

DATED this 11th day of February, 2026.

REED McCLURE

By _____
Earle Q. Bravo, #30515
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
(206) 292-4900
Fax: (206) 223-0152
ebravo@rmlaw.com
Attorney for Defendant COUNTRY Mutual
Insurance Company

DATED this 11th day of February, 2026.

s/Sandra M. Roettgering
Jerry Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Sandra M. Roettgering, WSBA #63193
Stein, Sudweeks & Stein PLLC
16400 Southcenter Pkwy, Suite 410
Tukwila WA 98188
(206) 388-0660
Attorneys for Plaintiff

I certify that this memorandum contains 198 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER TO EXTEND STAY – 2

NO.: 2:25-cv-00493-JHC

**ORDER**

IT IS SO ORDERED.

DONE this 12th day of February, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND STAY – 3

NO.: 2:25-cv-00493-JHC