**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

|  |  |
|---|---|
| THE BAVARIAN, A CONDOMINIUM, a Washington non-profit corporation,<br><br>               Plaintiff,<br><br>      vs.<br><br>COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>               Defendants. | NO. 2:25-cv-00493-JHC<br><br>STIPULATED MOTION AND ORDER TO EXTEND STAY |

Plaintiff THE BAVARIAN, A CONDOMINIUM ("Plaintiff") brings this action for declaratory judgment, bad faith, and violation of the Consumer Protection Act relating to claims under property insurance policies for alleged damage to exterior components of condominium buildings. Defendant COUNTRY MUTUAL INSURANCE COMPANY ("Country") was served with process on May 23, 2025. The Court issued an Order granting a stay on August 13, 2025 (Dkt. #17) following plaintiff and Country's Stipulation and Motion to Stay in which the parties jointly acknowledge it was best for Country to complete its coverage evaluation before litigation proceeded (Dkt. #16). On or about February 6, 2026, plaintiff supplemented its disclosure of historical documents to Country requiring additional time for County to complete its coverage evaluation. The Court issued an Order extending the stay through May 15, 2026.

STIPULATED MOTION AND ORDER TO EXTEND
STAY – 1
NO.: 2:25-cv-00493-JHC

(Dkt. #20).  Plaintiff supplemented its disclosure of historical documents a third time on March 19, 2026.   In mid-April, the parties confirmed mediation for May 29, 2026, or approximately two weeks after the current stay of May 15, 2026 is set to expire.  The parties jointly acknowledge it is best that they attempt settlement through mediation before litigation proceeds.

The parties therefore stipulate that this action should be stayed through June 15, 2026.  Country may amend its answer to the complaint up to 40 days after the stay ends.  The Association may amend its complaint up to 40 days after the stay ends.  The pending deadlines in the Court's Order Extending Initial Disclosures, Joint Status Report and Discovery Plan (Dkt. #14) should be extended.  The parties stipulate that Initial Disclosures Pursuant to FRCP 26(a)(1) shall be served no later than 21 days after the stay ends, and the Combined Joint Status Report and Discovery Plan shall be filed no later than 28 days after the stay ends.

DATED this _____ day of _____, 2026

REED McCLURE

By _____
    Earle Q. Bravo, #30515
    1215 Fourth Avenue, Suite 1700
    Seattle, WA  98161-1087
    (206) 292-4900
    Fax: (206) 223-0152
    ebravo@rmlaw.com
    Attorney for Defendant COUNTRY Mutual
    Insurance Company

DATED this ___ day of _____, 2026.

STEIN, SUDWEEKS & STEIN PLLC

By _____
    Jerry Stein, WSBA #27721
    Justin D. Sudweeks, WSBA #28755
    Daniel Stein, WSBA #48739
    Sandra M. Roettgering, WSBA #63193
    Stein, Sudweeks & Stein PLLC
    16400 Southcenter Pkwy, Suite 410
    Tukwila WA 98188
    (206) 388-0660
    Attorneys for Plaintiff

I certify that this memorandum contains 444 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER TO EXTEND
STAY – 2
NO.: 2:25-cv-00493-JHC

## ORDER

IT IS SO ORDERED.

DONE this 15th day of May, 2026.

_John H. Chun_

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND
STAY – 3
NO.: 2:25-cv-00493-JHC