UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

THE BAVARIAN, A CONDOMINIUM a Washington non-profit corporation,

                                      Plaintiff,

                v.

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,

                                      Defendant(s).

NO. 2:25-cv-00493-JHC

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE

**NOTE ON MOTION CALENDAR:**
**June 24, 2026**

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case shall be dismissed with prejudice and without an award of costs or fees to either party.

///
///
///
///
///
///

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 1

DATED this 24th day of June, 2026.

STEIN, SUDWEEKS & STEIN, PLLC

/s/ *Jerry H. Stein*
/s/ *Justin D. Sudweeks*
/s/ *Daniel J. Stein*
/s/ *Sandra M. Roettgering*
Jerry H. Stein, WSBA #27721
Justin D. Sudweeks, WSBA #28755
Daniel J. Stein, WSBA #48739
Sandra M. Roettgering, WSBA #63193
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: sandra@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff The Bavarian, A Condominium***

REED MCCLURE

By:
Earle Q. Bravo, WSBA #30515
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
Phone: (206) 292-4900
Email: ebravo@rmlaw.com
***Attorney for Defendant Country Mutual Insurance Company***

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 2

**ORDER**

The Court having reviewed the foregoing stipulation of the parties, now, therefore, HEREBY ORDERS, ADJUDGES, AND DECREES that the above-referenced case is dismissed with prejudice and without an award of attorney fees or costs to either party.

IT IS SO ORDERED.

DATED this 24th day of June, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3